JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| DANIELLA SANTILLAN,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON DEVELOPMENT CENTER U.S., INC. ET AL.,<br><br>  Defendants. | Case № 5:20-CV-01695-ODW (SHKx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

The Court, having considered the parties' Joint Stipulation of Dismissal of Entire Action with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 11, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**